UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MALCOLM JOHNNY-RAY BROWN,

    Defendant.
_____/

Case No. 2:18-cr-20
HON. PAUL L. MALONEY

## **ORDER**

On June 20, 2018, Defendant appeared before the undersigned on a warrant issued for an alleged violation of his bond. At this hearing, the undersigned advised Defendant of his rights and afforded him additional time to discuss the matter with defense counsel. Defense counsel will contact the Court when Defendant is ready to proceed. Defendant will be detained pending further proceedings.

IT IS SO ORDERED.

Dated: June 20, 2018

    /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE